■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE JACKSON, Appellant. [977 NYS2d 897]—

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California,* 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.],* 89 AD3d 252 [2011]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Hall, Roman and Cohen, JJ., concur.